UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-po-00602-DB |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE INITIAL |
| ) | APPEARANCE |
| v. ) | |
| ) | |
| THOMAS J. HASCH, ) | DATE:  January 12, 2021 |
| ) | TIME:  9:00 a.m. |
| Defendant. ) | JUDGE: Honorable Deborah Barnes |
| ) | |
| ) | |
| _____ ) | |

   It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00602-DB with prejudice is GRANTED.

   It is further ordered that the initial appearance scheduled on January 12, 2021, is vacated.

   IT IS SO ORDERED.


Dated:  January 7, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE